**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PROCESS SYSTEMS & SERVICES, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 04-0738 |
| ) | |
| vs. ) | |
| J&L SPECIALTY STEEL, LLC, successor ) | Hon. Gary L. Lancaster |
| by merger to J&L SPECIALTY STEEL, ) | |
| INC., ARCELOR S.A., ALLEGHENY ) | |
| LUDLUM CORPORATION, JEWEL ) | |
| ACQUISITION, LLC, STEVEN M. ) | |
| OLSHAVSKY, DOMINIQUE WERQUIN, ) | |
| THIERRY BERNARD, JOSEPH K. ) | |
| KUSIC, PAUL J. GRANDY and ) | |
| DOUGLAS A. KITTENBRINK, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, PROCESS SYSTEMS & SERVICES, INC., and Defendants, J&L SPECIALTY STEEL, LLC, successor by merger to J&L SPECIALTY STEEL, INC., ALLEGHENY LUDLUM CORPORATION, JEWEL ACQUISITION, LLC, STEVEN M. OLSHAVSKY, JOSEPH K. KUSIC, PAUL J. GRANDY and DOUGLAS A. KITTENBRINK, by their respective counsel of record, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c), hereby stipulate to the following dismissals:

(a)  Plaintiff, PROCESS SYSTEMS & SERVICES, INC., hereby dismisses with prejudice, all causes of actions or claims, as asserted in its Revised Second Amended Complaint or otherwise in this Action, against all named defendants as identified in the caption above, with the sole exception of J&L SPECIALTY STEEL, LLC, successor by merger to J&L SPECIALTY STEEL, INC., whether or not those named defendants are parties to this Action.[1]

(b)  Plaintiff, PROCESS SYSTEMS & SERVICES, INC., hereby dismisses with prejudice, all causes of action or claims, as asserted in its Revised Second Amended Complaint or otherwise in this Action, against J&L SPECIALTY STEEL, LLC, successor by merger to J&L SPECIALTY STEEL, INC., except those set forth in Counts I and II of the Revised Second

---

[1]  Arcelor S.A., Dominique Werquin and Thierry Bernard were never served with original process in accordance with the F.R.C.P., have not entered an appearance, and thus pursuant to F.R.C.P. 41(a)(1) and 41(c) are not required to be signatories to this Stipulation of Dismissal.

Amended Complaint, "breach of contract" and "quantum meruit" respectively, which causes of action or claims are <u>hereby dismissed without prejudice.</u>

(c)     Defendant, J&L SPECIALTY STEEL, LLC, successor by merger to J&L SPECIALTY STEEL, INC., <u>hereby dismisses without prejudice,</u> all causes of action or claims asserted as Counterclaims against PROCESS SYSTEMS & SERVICES, INC. in this Action.

Each party shall bear their own respective costs.

David A. Dial, Esq.
Scott A. Witzigreuter, Esq.
Weinberg, Wheeler, Hudgins,
    Gunn & Dial, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA  30326
(404) 876-2700

Glenn H. Gillette, Esq.
(Pa. I.D. #41935)
Templeton Smith, Jr., Esq.
(Pa. I.D. #26489)
Thomas, Rhodes & Cowie, PC
Two Chatham Center, Tenth Floor
Pittsburgh, PA  15219

Attorneys for Process Systems & Services, Inc.,
Plaintiff

Edward B. Gentilcore, Esq.
(Pa. I.D. #50422)
Kurt F. Fernsler, Esq.
(Pa. I.D. #78026)
REED SMITH LLP
635 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131

Attorneys for J&L Specialty Steel, LLC,
successor by merger to J&L Specialty Steel,
Inc., and predecessor in name to July
Products, LLC, Joseph K. Kusic, Steven M.
Olshavsky, and Paul J. Grandy, Defendants

Joseph L. Luciana, Esq.
(Pa. I.D. # 50268)
Brian R. Davidson, Esq.
(Pa. I.D. #74684)
Michael J. Zukowski, Esq.
(Pa. I.D. #84136)
Kirkpatrick & Lockhart Nicholson Graham, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Attorneys for Allegheny Ludlum Corporation,
Jewel Acquisition, LLC and Douglas A. Kittenbrink

SO ORDERED, this 5 day of September, 2006.

Gary L. Lancaster, U.S. District Judge

-2-